```
 1
 2
 3
 4
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  ROBERT B. COBLE, JR.,            No. 2:11-cv-01908-MCE-KJN
12          Plaintiff,
13     v.                            ORDER
14  ANTHEM BLUE CROSS LIFE AND
    HEALTH INSURANCE COMPANY,
15
            Defendant.
16
                       ----oo0oo----
17
18      Plaintiff Robert B. Coble, Jr. ("Plaintiff"), initiated this
19  action on July 20, 2011.  Since that time, nothing (including
20  proofs of service or the status report required by this Court's
21  order) has been filed.  Accordingly, on June 21, 2012, the Court
22  ordered Plaintiff to show cause ("OSC") why this action should
23  not be dismissed in its entirety.  See ECF No. 7.  In its Order,
24  the Court warned Plaintiff that a failure to respond to the OSC
25  within a ten-day period would result in dismissal of this action
26  upon no further notice to the parties.  Plaintiff thereafter
27  failed to respond to the OSC.
28  ///
```

Accordingly, this action is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Eastern District of California Local Rule 110.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE