UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT B. COBLE, JR.,　　　　　　　　No. 2:11-cv-01908-MCE-KJN

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　ORDER

ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY,

　　　　Defendant.

----oo0oo----

Plaintiff Robert B. Coble, Jr. ("Plaintiff"), initiated this action on July 20, 2011. Since that time, nothing (including proofs of service or the status report required by this Court's order) has been filed. Accordingly, on June 21, 2012, the Court ordered Plaintiff to show cause ("OSC") why this action should not be dismissed in its entirety. See ECF No. 7. In its Order, the Court warned Plaintiff that a failure to respond to the OSC within a ten-day period would result in dismissal of this action upon no further notice to the parties. Plaintiff thereafter failed to respond to the OSC.

///

1

1  Accordingly, this action is hereby DISMISSED with prejudice
2  pursuant to Federal Rule of Civil Procedure 41(b) and Eastern
3  District of California Local Rule 110.  The Clerk of the Court is
4  directed to close this case.
5       IT IS SO ORDERED.
6   Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE